UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, | § | Case No. 20-33233 (DRJ) |
| et al.[1] | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |
| KELLY VESPER, Individually, as TRUSTEE | § | |
| of the KELLY VESPER HERITAGE | § | |
| TRUST, and as EXECUTRIX of the ESTATE | § | |
| OF JOHN B. VESPER, DECEASED and the | § | |
| ESTATE OF LESLIE T. VESPER, | § | |
| DECEASED, | § | |
| | § | |
| | § | Adv. Proceeding No. 20-03425 |
| V. | § | |
| | § | |
| | § | |
| CHESAPEAKE EXPLORATION, LLC; | § | |
| CHESAPEAKE OPERATING, LLC; | § | |
| CNOOC ENERGY U.S.A., LLC; | § | |
| LARCHMONT RESOURCES, LLC; | § | |
| STONEHOLD ENERGY CORPORATION; | § | |
| STONEGATE PRODUCTION COMPANY, | § | |
| LLC and JGC EXPLORATION EAGLE | § | |
| FORD, LLC | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE DAVID JONES:

The Plaintiffs in the above-referenced Adversary Proceeding No 20-03425 ("Adversary Proceeding") (together, "Settling Plaintiffs") and Defendants, pursuant to Federal Rule of Bankruptcy Procedure 7041, file this stipulation to dismiss Plaintiffs' claims with prejudice and show the Court as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these Chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

I.

Settling Plaintiffs and Defendants hereby inform the Court that they have reached a confidential settlement of their disputes and that Settling Plaintiffs wish to dismiss their claims against Defendants, with prejudice.

Settling Plaintiffs and Defendants therefore jointly request that the Court enter the attached Order dismissing the Adversary Proceeding, with prejudice, with each party bearing their own costs.

Dated: __ day of _____, 2022

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
512.495.6300 Telephone
512.495.6399 Fax

By: _____
Christopher D. Sileo
State Bar No. 24027977
Fed ID No. 31990
csileo@scottdoug.com
Anthony Arguijo
State Bar No. 24079781
Fed ID No. 2147699
aarguijo@scottdoug.com
Amy L. Dashiell
State Bar No. 90001564
Fed ID No. 24598
adashiell@scottdoug.com

2

Matthew D. Cavanaugh (TX Bar No. 24062656)
Mcavenaugh@jw.com
Veronica Ann Polnick (TX Bar No. 24079148)
vpolnick@jw.com
Jennifer F. Wertz (TX Bar No. 24072822)
jwertz@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

ATTORNEYS FOR CHESAPEAKE OPERATING, L.L.C., (f/k/a CHESAPEAKE
OPERATING, INC.), and CHESAPEAKE EXPLORATION, L.L.C.


_____ */s/ Ricardo E. Morales* _____
Ricardo E. Morales (TX Bar No. 00794331)
remorales@pmbglaw.com
SD Bar No. 19761
Kelly Canales Feicht (TX Bar No. 24073995)
kfeicht@pmbglaw.com
PERSON, MOHRER, MORALES, BODDY,
GARCIA & GUTIERREZ PLLC
8610 Broadway, Ste. 440
San Antonio, Texas 78217
Telephone: (210) 824-4411
Facsimile: (210) 225-2266

Leslie M. Luttrell (TX Bar No. 12708650)
luttrell@lclawgroup.net
SD Bar No. 24152
LUTTRELL + CARMODY LAW GROUP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel: (210) 426-3600
Fax: (210) 426-3610

ATTORNEYS FOR PLAINTIFFS; KELLY VESPER, INDIVIDUALLY, AS TRUSTEE OF
THE KELLY VESPER HERTAGE TRUST, AND EXECUTRIX OF THE ESTATE OF JOHN
B. VESPER, DECEASED


_____ */s/ Edward L. Ripley* _____

3

Edward L. Ripley
State Bar No. 16935950
eripley@andrewsmyers.com
Patrick A. Kelly
State Bar No. 24105273
pkelly@andrewsmyers.com
ANDREWS MYERS P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056

ATTORNEYS FOR DEFENDANT, CNOOC ENERGY USA, LLC


_____/s/ Debbie E. Green_____
Debbie E. Green
Texas Bar No. 24059852
dgreen@mwe.com
McDERMOTT WILL & EMORY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: 469-715-4979
Fax: 972-692-7700

ATTORNEYS FOR DEFENDANT, JGC EXPLORATION EAGLE FORD, LLC


_____/s/ Thomas George Ciarlone_____
Thomas George Ciarlone, Jr (TX Bar No. 24075649)
tciarlone@krcl.com
Demetri James Economou (TX Bar No. 24078461)
deconomou@krcl.com
KANE RUSSELL COLEMAN & LOGAN PC
5151 San Felipe St., Suite 800
Houston, Texas 77056
Telephone: (713) 425-7400
Fax: (713) 425-7700

ATTORNEYS FOR DEFENDANT, LARCHMONT RESOURCES, LLC

_____/s/ Joseph G. Thompson_____
Joseph G. Thompson, III (TX Bar No. 00788534)
Fed ID No. 16780
joe.thompson@porterhedges.com
Andrew B. Raber (TX Bar No. 24063730)

4

Fed ID No. 2979653
araber@porterhedges.com
PORTER HEDGES LLP
1000 Main St., 36th Floor
Houston, Texas  77002
Tel:  (713) 226-6000
Fax:  (713) 228-1331

ATTORNEYS FOR DEFENDANT, STONEGATE PRODUCTION COMPANY

_____   /s/ Allison Standish Miller_____
Allison Standish Miller (TX Bar No. 24046440)
amiller@beckredden.com
Mark Rodriguez (TX Bar No. 00794554)
mrodriguez@beckredden.com
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas  77010-2010
Tel.:  713.951.3700
Fax  713.951.3720

ATTORNEYS FOR DEFENDANT, STONEHOLD ENERGY CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record, as listed below, as well as via electronic service through the Court's electronic filing service, on the _____ day of _____, 2022.

Christopher D. Sileo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, et al.[1] | § | Case No. 20-33233 (DRJ) |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |
| | § | |
| KELLY VESPER, Individually, as TRUSTEE of the KELLY VESPER HERITAGE TRUST, and as EXECUTRIX of the ESTATE OF JOHN B. VESPER, DECEASED and the ESTATE OF LESLIE T. VESPER, DECEASED, | § | |
| V. | § | Adv. Proceeding No. 20-03425 |
| CHESAPEAKE EXPLORATION, LLC; CHESAPEAKE OPERATING, LLC; CNOOC ENERGY U.S.A., LLC; LARCHMONT RESOURCES, LLC; STONEHOLD ENERGY CORPORATION; STONEGATE PRODUCTION COMPANY, LLC and JGC EXPLORATION EAGLE FORD, LLC | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE DAVID JONES:

On this day, the Court considered the Parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Bankruptcy Procedure 7041 in the above referenced Adversary Proceeding No. 20-03425 ("Adversary Proceeding").

Having considered the parties' stipulation, the Court finds that this Adversary Proceeding should be and is hereby dismissed, with prejudice, with each party bearing its own respective costs.

SO ORDERED.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Debtor Chesapeake Energy Corporation's principal place of business and the Debtors' service address in these Chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.