United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 30, 2022

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, et al.[1] | § | Case No. 20-33233 (DRJ) |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |
| KELLY VESPER, Individually, as TRUSTEE of the KELLY VESPER HERITAGE TRUST, and as EXECUTRIX of the ESTATE OF JOHN B. VESPER, DECEASED and the ESTATE OF LESLIE T. VESPER, DECEASED, | § | |
| V. | § | Adv. Proceeding No. 20-03425 |
| CHESAPEAKE EXPLORATION, LLC; CHESAPEAKE OPERATING, LLC; CNOOC ENERGY U.S.A., LLC; LARCHMONT RESOURCES, LLC; STONEHOLD ENERGY CORPORATION; STONEGATE PRODUCTION COMPANY, LLC and JGC EXPLORATION EAGLE FORD, LLC | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE DAVID JONES:

On this day, the Court considered the Parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Bankruptcy Procedure 7041 in the above referenced Adversary Proceeding No. 20-03425 ("Adversary Proceeding").

Having considered the parties' stipulation, the Court finds that this Adversary Proceeding should be and is hereby dismissed, with prejudice, with each party bearing its own respective costs.

SO ORDERED.

**Signed:  November 30, 2022.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

Energy Corporation's principal place of business and the Debtors' service address in these Chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.